NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRED L. FREDRICK-BEY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3165

---

Petition for review of the Merit Systems Protection Board in case no. DC0752110799-I-1.

---

## ON MOTION

---

## ORDER

Fred L. Fredrick-Bey moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 4 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Fred L. Fredrick-Bey
     Calvin Morrow, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2012

JAN HORBALY
CLERK